*Theodore Gazlay* and *Carter Gazlay*, for the appellants.
*George B. Fitch*, for the appellee.

---

### ALSOP *et al. v.* McKINNEY.

APPEAL from the *Dearborn* Common Pleas.

*Per Curiam.*—A like order is made in this case as is made in *The Ohio, &c., Cb.* v. *Fitch*, at this term, the cases being alike.

*Theodore Gazlay* and *Carter Gazlay*, for the appellants.
*George B. Fitch*, for the appellee.